APR -5 1983

DOCKET NO. 541

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE WELLSPRING BARGE LIMITED PARTNERSHIP SECURITIES LITIGATION

TRANSFER ORDER

This litigation consist of five actions, one pending in each of the following districts: the Western District of Texas; the District of Minnesota; the Northern District of Georgia; the Northern District of California; and the Central District of California. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, to centralize all actions in the Central District of California for coordinated or consolidated pretrial proceedings. The motion is brought by E.F. Hutton & Company, a defendant in all five actions, and by EFH Barge, Inc. and Dan Moss, Jr., defendants in one action each.

On the basis of the papers filed,[1] the Panel finds that these actions involve common questions of fact and that centralization of these actions under Section 1407 in the Central District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Common factual questions arise from allegations that defendants violated various securities laws by selling unregistered securities and by selling securities in connection with misleading statements or omissions. Centralization under Section 1407 is therefore necessary in order to prevent duplication of discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

The Central District of California is the preferred transferee district under the circumstances of this particular litigation. We note that the one action that was filed as a class action is pending there.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Central District of California be, and the same hereby are, transferred to the Central District of California and, with the consent of that court, assigned to the Honorable Mariana Pfaelzer for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1] The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

MDL-541 -- In re Wellspring Barge Limited Partnership Securities Litigation

### Western District of Texas

Lorraine Hunt v. E. F. Hutton & Co., Inc., et al., C.A. No. A-82-CA-588

### District of Minnesota

Norbert R. Berg v. Wellspring Energy Corp., et al., C.A. No. 3-82-1566

### Northern District of Georgia

Thomas M. Edwards, et al. v. E. F. Hutton & Co., Inc., et al., C.A. No. C82-2759A

### Northern District of California

Paul R. Handlery v. E. F. Hutton & Co., Inc., et al., C.A. No. C82-6412-SW

### Central District of California

Yosh Hokama, et al. v. E. F. Hutton & Co., Inc., et al., C.A. No. CV82-6330-MRP